MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
OCT 08 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00194 DAD BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| BRANDON GODINHO, | |
| Defendant. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed made public record.

Dated: 10/8/19

The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2