# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 20 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

United States of America )
vs. ) Case No. 1:19-CR-00194-DAD-BAM-1
Brandon Godinho )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Brandon Godinho___, have discussed with ___Anthony Perez___, Pretrial Services Officer, modifications of my release conditions as follows:

You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

All other conditions of release not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  12-18-19        _[signature] Anthony Perez_  12-17-19
Signature of Defendant   Date        Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                                    12-20-19
Signature of Assistant United States Attorney                    Date
Melanie L. Alsworth

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                    12-19-19
Signature of Defense Counsel                                     Date
Christina M. Corcoran

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  12/20/19  .
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                                    12/20/19
Signature of Judicial Officer                                    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services