| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorneys for Defendant
BRANDON GODINHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00194-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRANDON GODINHO, | DATE: May 26, 2020 |
| Defendant. | TIME: 1:00 p.m. |
| | JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for February 10, 2020, may be continued to May 26, 2020, at 10:00 a.m. before the Honorable Barbara A. McAuliffe for further status conference.

The government has produced substantial discovery on this case. The parties have had initial discussions on resolution and the government anticipates sending an offer in the near future. As such, the parties have requested the further status conference date.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through May 26, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary to permit time for the parties to engage in plea

negotiations and for the defense to continue its investigation and preparation.

                                                    Respectfully submitted,
                                                    McGREGOR SCOTT
                                                    United States Attorney

DATED: February 6, 2020            */s/ Melanie Alsworth*
                                                    MELANIE ALSWORTH
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

DATED: February 6, 2020            */s/ Charles J. Lee*
                                                    CHARLES J. LEE
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    BRANDON GODINHO

## **O R D E R**

IT IS SO ORDERED that the 2nd Status Conference is continued from February 10, 2020 to **May 26, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **February 7, 2020**                  /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE