HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
BRANDON GODINHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BRANDON GODINHO,<br><br>*Defendant.* | No. 1:19-cr-00194 DAD-BAM-1<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL<br>(DECLARATION OF CONFLICT) AND ORDER |

Charles J. Lee, Assistant Federal Defender, and counsel of record in the above-captioned case, moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant Brandon Godinho. In support of this motion, he avers as follows:

1. The Federal Defender's Office was appointed to represent Brandon Godinho on October 8, 2019 at his initial appearance in this district.

2. The undersigned is an employee of the Federal Defender's office and was assigned to represent Mr. Godinho on or about October 15, 2019.

3. At the time of acceptance of appointment, the Federal Defender's Office had completed its routine review for any potential conflicts and determined that no conflict existed.

4. Upon review of the discovery, it became apparent that the discovery and indictment in this matter are virtually identical to *United States v. Dustin Miguel*, 1:19-cr-00193-

NONE-SKO, whom our office was appointed to represent on December 13, 2019. Because the cases were on separate indictments and came through several months apart, and significant portions of the discovery were redacted, our office was not able to catch the conflict until we thoroughly reviewed the discovery provided in both cases. Because the Office of the Federal Defender has had substantive conversations with both Mr. Godinho and Mr. Miguel, that has created a conflict with both clients, and thus the Office of the Federal Defender cannot continue to represent Mr. Godinho.

5. In light of the conflict, the Federal Defender's Office is unable to effectively represent Mr. Godinho, and therefore requests to withdraw as counsel and for new counsel to be appointed from the CJA Panel.

6. The CJA Panel Administrator was notified in advance and CJA counsel Serita Rios is willing to accept appointment in this matter. We respectfully request that this Court appoint Serita Rios for Mr. Godinho.

Respectfully submitted,

DATED: March 9, 2020            */s/ Charles J. Lee*
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorneys for BRANDON GODINHO

## **O R D E R**

IT IS SO ORDERED that the Office of the Federal Defender is relieved and that CJA Panel Attorney Serita Rios is hereby appointed.

IT IS SO ORDERED.

Dated: **March 9, 2020**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE