Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant BRANDON GODINHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    vs.<br><br>BRANDON GODINHO,<br><br>                      Defendant. | Case No.  1:19-CR-00194-DAD BAM<br><br>**UNOPPOSED MOTION TO MODIFY BOND CONDITION OF PRETRIAL RELEASE AND ORDER** |

      TO THE UNITED STATES COURT OF THE EASTERN DISTRICT OF CALIFORNIA, TO PHILLIP TALBERT, UNITED STATES ATTORNEY, AND TO ASSISTANT UNITED STATES ATTORNEY, MELANIE ALSWORTH:

      Defendant, BRANDON GODINHO, through his counsel, Serita Rios, hereby moves this Court to modify the bond condition of his pretrial release. In support of this motion counsel offers the following:

      1.     The Order Setting Conditions of Release was entered on October 8, 2019. (Dkt. 9)

2. In accordance with the conditions, on October 8, 2019 a cash bond of $10,000 was posted by Kimala Godinho, Mr. Godinho's mother and third-party custodian. (Dkt. 8)

3. Mr. Godinho has been on pretrial release for over 17 months; during his time on supervision, he has complied with the conditions of release.

4. Mr. Godinho's mother, and poster of the cash bond, is experiencing a medical and financial hardship. In 2017 she was diagnosed with thyroid cancer. After undergoing treatment her cancer went into remission. However, a few months ago she began experiencing health problems related to her thyroid. She is currently under the care of multiple medical specialists (including an Endocrinologist, Immunologist, and Cardiologist) who are trying to diagnose and treat her condition.

5. As of this date, Mrs. Godinho has accumulated approximately $4,000 in medical bills and with her upcoming appointments and procedures she believes this number will increase substantially. Mrs. Godinho is requesting that the cash bond she posted be returned so that she can use the funds to pay for her unforeseen medical expenses.

6. Counsel for Mr. Godinho is requesting that the condition of release requiring the $10,000 cash bond be eliminated and replaced with a personal recognizance bond.

7. Mr. Godinho's Pretrial Release Officer, Anthony Perez, has confirmed that Mr. Godinho has maintained compliance on supervision. Officer Perez is aware of Mrs. Godinho's request and agrees with this proposed modification.

8. The Government, through AUSA Melanie Alsworth, does not object to this proposed modification.

For the foregoing reasons Defendant, BRANDON GODINHO, requests that the Court enter an order modifying his conditions of release to replace the cash bond with a personal recognizance bond. It is further requested that the $10,000 cash bond be exonerated and that the funds be returned to Kimala Godinho.

Dated: March 22, 2021                    Respectfully Submitted,

                                                                                           */s/ Serita Rios*

                                                                                    **Serita Rios**
                                                                                    Attorney for Defendant

---

### ORDER

Good cause appearing, the conditions of release for defendant, BRANDON GODINHO, shall be modified to include a condition of a personal recognizance bond and that the $10,000 cash bond condition be eliminated.

It is further ordered that the Clerk of the Court exonerate the $10,000 cash bond and return it to the surety and poster of the bond, Kimala Godinho.

IT IS SO ORDERED.

Dated:   **March 22, 2021**                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE