PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON GODINHO,<br><br>Defendant. | CASE NO. 1:19-CR-00194 DAD BAM<br><br>STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 13, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby submit their joint stipulation, as follows:

1. By previous order, this matter was set for status on October 13, 2021.

2. The defendant signed a plea agreement, which was filed on September 28, 2021. *See* Dkt. 42.

3. By this stipulation, defendant now moves to vacate the status conference and have this matter scheduled for change of plea hearing on October 25, 2021, and 9:00 a.m. and to exclude time between October 13, 2021, and October 25, 2021, under Local Codes 7 and T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

      b)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2021 to October 25, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 28, 2021                        PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                                    /s/ MELANIE L. ALSWORTH
                                                    MELANIE L. ALSWORTH
                                                    Assistant United States Attorney

Dated:  September 28, 2021                        /s/ SERITA RIOS
                                                      SERITA RIOS
                                                      Counsel for Defendant
                                                      BRANDON GODINHO

## **ORDER**

IT IS SO ORDERED that the status conference set for October 13, 2021 is vacated. A change of plea hearing is set for **October 25, 2021, at 9:00 a.m. before District Judge Dale A. Drozd**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **September 29, 2021**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE