Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant BRANDON GODINHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>BRANDON GODINHO,<br><br>                          Defendant. | Case No.  1:19-CR-00194-DAD BAM<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing currently scheduled for October 25, 2021, may be continued to December 13, 2021, at 9:00 a.m. for a change of plea before the Honorable Dale A. Drozd.

   The defense is requesting to continue the hearing due to family health care issues that will interfere with Mr. Godinho's ability to be present for the currently scheduled hearing.

The parties agree that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), time should be excluded through and including December 13, 2021, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Dated: October 19, 2021              Respectfully Submitted,

                                                            */s/ Serita Rios*

                                               Serita Rios
                                               Attorney for Defendant

Dated: October 19, 2021              Respectfully Submitted,

                                                 */s/ Melanie L. Alsworth*

                                               Melanie L. Alsworth
                                               Assistant United States Attorney

---

ORDER

IT IS SO ORDERED.

Dated:   **October 20, 2021**              _____
                                                                    UNITED STATES DISTRICT JUDGE