PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00194 DAD BAM |
|---|---|
| Plaintiff, | APPLICATION TO DISMISS INDICTMENT; AND ORDER |
| v. | |
| BRANDON GODINHO, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Phillip A. Talbert, the Acting United States Attorney for the Eastern District of California, and Melanie L. Alsworth, Assistant United States Attorney, hereby seeks leave of court to file a dismissal without prejudice and in the interest of justice the Indictment filed against the defendant in Case No. 1:19-CR-00194.  *See* ECF 1.

Dated: December 7, 2021                             PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                                By: /s/ MELANIE L. ALSWORTH
                                                    MELANIE L. ALSWORTH
                                                    Assistant United States Attorney

1

**ORDER OF DISMISSAL**

By leave of court, and pursuant Federal Rule of Criminal Procedure 48(a), the United States Attorney dismisses without prejudice the Indictment in this matter against the defendant in Case No. 1:19-CR-00194.

IT IS SO ORDERED.

Dated:   **December 8, 2021**                    _____
                                                UNITED STATES DISTRICT JUDGE